UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAID MAJLESSI,<br>            Plaintiff,<br>      v.<br>PUBLIC STORAGE CO., et al.,<br>            Defendants. | Case No. 15-cv-02092-KAW<br><br>**ORDER TO SHOW CAUSE** |

Said Majlessi ("Plaintiff"), who proceeds pro se, commenced the above-captioned case on May 8, 2015. (Compl., Dkt. No. 1.) Plaintiff also filed an application to proceed in forma pauperis and motion to appoint counsel. (Pl.'s IFP Appl., Dkt. No. 2; Pl.'s Mot., Dkt. No. 3.)

On June 1, 2015, the Court granted the application to proceed in forma pauperis, denied the motion to appoint counsel, and dismissed the complaint with leave to amend. (June 1, 2015 Order, Dkt. No. 5.) In the order, the Court instructed Plaintiff to file an amended complaint within 30 days. *(Id.)* As of the filing of this order, Plaintiff has not filed an amended complaint.

Federal Rule of Civil Procedure 41(b) permits the involuntary dismissal of an action or claim due to a plaintiff's failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power'"). As Plaintiff has not filed an amended complaint as required by the Court's June 1, 2015 Order, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this order with 14 days. The Court may dismiss this action if Plaintiff fails to file a written response. If, however, Plaintiff wishes to pursue his claims exclusively in state court, where he has also sued the defendants, Plaintiff may file a voluntary dismissal instead of a response to the order to show cause.

1    The case management conference currently set for August 4, 2015 is CONTINUED to
2    November 3, 2015 at 1:30 p.m.
3        IT IS SO ORDERED.
4    Dated:  07/20/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2