UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAID MAJLESSI,<br>　　　　Plaintiff,<br>　　v.<br>PUBLIC STORAGE CO., et al.,<br>　　　　Defendants. | Case No. 15-cv-02092-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND ORDERING PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No.6 |

On July 20, 2015, the court ordered Plaintiff to show cause and explain why this case should not be dismissed for failure to prosecute due to his failure to file an amended complaint as required by the court's June 1, 2015 Order.

Plaintiff still has not filed an amended complaint, but he has filed a timely response to the order to show cause. According to Plaintiff, he was arrested in San Francisco and unable to obtain his backpack containing his court papers from the SFPD until a few days before he filed his response to the order to show cause. Thus, the delay in filing the amended complaint was beyond his control. Plaintiff did not, however, inform the court of his intentions regarding filing the amended complaint.

Accordingly, the July 20, 2015 order to show cause is hereby discharged. Given that Plaintiff appears to be requesting an opportunity to file the amended complaint, he is ordered to file it no later than **21 days** from the date of this order.

The amended complaint must correct the deficiencies identified by the court in its June 1 Order. If Plaintiff cannot cure the deficiencies in the complaint and/or wishes to pursue his claims in state court, he may file a voluntary dismissal instead of an amended complaint. The court may

1  dismiss this action if Plaintiff fails to file the amended complaint.

2      For assistance, Plaintiff may contact the Federal Pro Bono Project by calling the
3  appointment line at (415) 782-8982 or by signing up for an appointment in the appointment book
4  located outside the San Francisco or Oakland Legal Help Center office. Appointments are held
5  Monday through Friday at various times throughout the day. Plaintiff can speak with an attorney
6  who will provide basic legal help, but not legal representation.

7      IT IS SO ORDERED.

8  Dated:  8/12/15

*(signature)*
KANDIS A. WESTMORE
United States Magistrate Judge