United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAID MAJLESSI,**<br><br>   Plaintiff,<br><br>   vs.<br><br>**PUBLIC STORAGE CO.,** *et al.***,**<br><br>   Defendants. | Case No.: 15-CV-2092 YGR<br><br>**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 17 |

Plaintiff Said Majlessi, in a *pro se* capacity, filed a motion for extension of time to file his amended complaint. (Dkt. No. 17.) The Court having reviewed the request, and good cause appearing, plaintiff's request is **GRANTED IN PART**. Plaintiff shall file an amended complaint no later than **January 29, 2016**.

In light of his *pro se* status, plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or signing up for an appointment on the 15th Floor of the San Francisco Courthouse, Room 2796. At the Legal Help Center, plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges plaintiff to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office.

This Order terminates Docket No. 17.

**IT IS SO ORDERED**.

Date: December 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**