UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAID MAJLESSI, | Case No.: 15-CV-2092 YGR |
| Plaintiff, | ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE |
| vs. | |
| PUBLIC STORAGE CO., *et al.*, | Re: Dkt. Nos. 18, 19 |
| Defendants. | |

Plaintiff Said Majlessi, proceeding *pro se*, brings this action against Public Storage Company and PSSC Insurance Solutions.  By order dated November 5, 2015, the Court ordered Plaintiff to amend his complaint to allege subject matter jurisdiction properly.  (Dkt. No. 16.) Thereafter the Court granted Plaintiff an extension through January 29, 2016 to file his amended complaint.  (Dkt. No. 18.)  As of the date of this Order, Plaintiff has not filed any amended complaint.  Further, the Court set a Case Management Conference for March 7, 2016 (Dkt. No. 19), and Plaintiff failed to file any statement, otherwise contact the Court in response thereto, or attend the scheduled conference.  (*See* Dkt. No. 20.)  As a result, the Court is considering dismissing Plaintiff's lawsuit for "failure to prosecute," that is, a failure to meet deadlines and keep the lawsuit moving forward.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute.  No later than March 23, 2016, Plaintiff shall file either (1) an amended complaint, or (2) a written response to this Order to Show Cause, indicating why the case should not be dismissed for failure to prosecute.  Failure to file will be deemed an admission that Plaintiff does not intend to prosecute, and his case will be dismissed without prejudice.

United States District Court
Northern District of California

In light of his *pro se* status, plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or signing up for an appointment on the 15th Floor of the San Francisco Courthouse, Room 2796.  At the Legal Help Center, plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation.  The Court also urges plaintiff to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office.

IT IS SO ORDERED.

Date: March 7, 2016

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE